

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00154-CR

Esteban **SAN MIGUEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW2107146
Honorable Jennifer Dillingham, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's final judgments of conviction are AFFIRMED.

SIGNED August 27, 2025.

_____
Irene Rios, Justice